GEORGE GRELLAS & ASSOCIATES
GEORGE GRELLAS, ESQ. (SBN 083540)
JANET R. KLEINBERG ESQ. (SBN 162091)           *E-FILED 12/13/05*
20400 Stevens Creek Blvd., Suite 280
Cupertino, California 95014
Telephone:    (408) 255-6310
Facsimile:    (408) 255-6350
gg@grellas.com

Attorneys for Plaintiff JOHN MICHAEL HOGAN,
Dba U-SELL U-SAVE REAL ESTATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN MICHAEL HOGAN, dba U-SELL U-SAVE REAL ESTATE, | Case No.: C05 04406 RS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| MICHAEL JAMES SATTERWHITE (AKA MICKEY SATTERWHITE), dba $ELL –N- $AVE REAL ESTATE SERVICES, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by the parties of record signing below, through their respective counsel, that Defendant Michael James Satterwhite (aka Mickey Satterwhite), dba $ell-n-$ave Real Estate Services time to answer or otherwise respond to Plaintiff John Michael Hogan, dba U-Sell U-

///

///

///

///

///

Save Real Estate's Complaint is extended up to and including December 21, 2005 in the above captioned matter.

Dated: December 7, 2005                           GEORGE GRELLAS & ASSOCIATES

                                                  /S/
                                              By: _____
                                                  George Grellas, Esq.
                                                  Attorneys for Plaintiff
                                                  JOHN MICHAEL HOGAN,
                                                  dba U-SELL U-SAVE REAL ESTATE


Dated: December 7, 2005                           LAW OFFICES OF JAMES C. KUPPENBENDER

                                                  /S/
                                              By: _____
                                                  Justin G. Lynch, Esq.
                                                  Attorneys for Defendant
                                                  MICHAEL JAMES SATTERWHITE (AKA
                                                  MICKEY SATTERWHITE), dba $ELL-N-
                                                  $AVE REAL ESTATE SERVICES


IT IS SO ORDERED

Dated:  12/13/05
       _____

                                                  /s/ Richard Seeborg
                                                  _____
                                                  Judge of the U.S. District Court for
                                                  the Northern District of California

---

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT – C-05-04406 RS
- 2 -

SIGNATURE ATTESTATION

I, George Grellas, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California and the attorney of record for Plaintiff John Michael Hogan dba U-Sell U-Save Real Estate (hereinafter referred to as "Plaintiff") in the action referenced above. I make this declaration as signatory in the filing of the attached Stipulation and Order to Extend Time to Respond to Complaint (the "Stipulation").

2. Concurrent with the filing of the attached Stipulation, I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 9th day of December, 2005, at Cupertino, California.

/ S /

George Grellas, Esq.

PROOF OF SERVICE BY MAIL
(CCP 1013A, 2015.5)

I, Kathleen Caveney, declare that:

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within cause. My business address is: 20400 Stevens Creek Blvd., Suite 280, Cupertino, California 95014.

On December 12, 2005, I served the within STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT on counsel indicated below in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Cupertino, California, addressed as follows:

>Justin G. Lynch, Esq.
>Law Offices of James C. Kuppenbender
>575 University Avenue, Suite 180
>Sacramento, California 95825

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2005.

/ S /

_____
Kathleen Caveney