**United States District Court**
For the Northern District of California

                                                                                                      **\*E-FILED\***
                                                                                                         **February 9, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL HOGAN, | No. C 05-04406 RS |
|     Plaintiff, | |
|   v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| MICHAEL JAMES SATTERWHITE, | |
|     Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for March 1, 2006 at 2:30 p.m. is continued to **March 8, 2006 at 2:30 p.m.** Defendant shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than March 1, 2005**. The parties shall file a joint case management conference statement no later than March 1, 2006

IT IS SO ORDERED.

Dated: February 9, 2006

                                                          RICHARD SEEBORG
                                                          United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

George Grellas, Esq.
Email: gg@grellas.com

James Kuppenbender, Esq.
Email: law@kuppender.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 9, 2006

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                        By:    /s/BAK

**United States District Court**
For the Northern District of California

2