**\*E-FILED\***
**July 28, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL HOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMES SATTERWHITE,<br><br>　　　　Defendant.<br>_____/ | No. C 05-04406 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　At the request of the parties and good cause appearing,

　　IT IS HEREBY ORDERED that the Further Case Management Conference in the above-entitled matter currently set for August 2, 2006 at 2:30 p.m. is continued to **November 1, 2006 at 2:30 p.m.**

　　The parties shall file an updated joint Case Management Conference Statement no later than October 25, 2006.

Dated: July 28, 2006

_/s/ Richard Seeborg_
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

George Grellas, Esq.
Email: gg@grellas.com

**Counsel for Defendant(s)**

James C. Kuppenbender, Esq.
Email: law@kuppenbender.com

Dated: July 28, 2006

                                    /s/ BAK
                                Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California

2