GEORGE GRELLAS & ASSOCIATES
GEORGE GRELLAS, ESQ. (SBN 083540)
(gg@grellas.com)
JANET R. KLEINBERG ESQ. (SBN 162091)
(jrkleinberg@grellas.com)
20400 Stevens Creek Blvd., Suite 280
Cupertino, California 95014
Telephone:     (408) 255-6310
Facsimile:     (408) 255-6350
gg@grellas.com

*E-FILED 2/12/07*

Attorneys for Plaintiff JOHN MICHAEL HOGAN,
Dba U-SELL U-SAVE REAL ESTATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN MICHAEL HOGAN, dba U-SELL U-SAVE REAL ESTATE,<br><br>          Plaintiff,<br><br>          vs.<br><br>MICHAEL JAMES SATTERWHITE (AKA MICKEY SATTERWHITE), dba SELL-N-$AVE REAL ESTATE SERVICES, and SELL-N-SAVE REAL ESTATE SERVICES, INC., a California corporation,<br><br>          Defendants. | Case No.:  C05 04406 RS<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON |

_____

          IT IS HEREBY STIPULATED by and between the parties to this action through their designated

counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(1).

/ / /

/ / /

/ / /

/ / /

1

2   Dated: _____, 2007                    GEORGE GRELLAS & ASSOCIATES

3

4                                          By: _____/s/_____

5                                              George Grellas, Esq.
                                               Attorneys for Plaintiff
6                                              JOHN MICHAEL HOGAN,
                                               dba U-SELL U-SAVE REAL ESTATE
7

8                                                  _____/s/_____

9                                              John Michael Hogan
                                               dba U-Sell U-Save Real Estate
10

11

12  Dated: _____, 2007                    LAW OFFICES OF JAMES C. KUPPENBENDER

13

14                                         By: _____/s/_____

15                                             James C. Kuppenbender, Esq.
                                               Attorneys for Defendant
16                                             MICHAEL JAMES SATTERWHITE (AKA
                                               MICKEY SATTERWHITE), dba SELL-N-
17                                             $AVE REAL ESTATE SERVICES and SELL-N-
                                               SAVE REAL ESTATE SERVICES, INC.
18

19

20                                                 _____/s/_____

21                                             Michael James Satterwhite
                                               (aka Mickey Satterwhite)
22                                             dba Sell-N-Save Real Estate Services

23                                             Sell-N-Save Real Estate Services, Inc.,
                                               a California corporation
24

25                                         By: _____/s/_____

26                                             Michael James Satterwhite

27                                         Its: _____

28

1

2                                                           Raintree Mortgage, Inc.,
                                                            a California corporation
3                                        By:      ____/s/_____
                                                  Michael James Satterwhite
4

5                                        Its:     _____

6

7

8     **IT IS SO ORDERED**

9             February 12, 2007
      Dated: _____
10

11

12                                                _____
                                                  Hon. Richard Seeborg
13                                                Judge of the U.S. District Court for
                                                  the Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE ATTESTATION

I, George Grellas, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all of the courts of the State of California and the attorney of record for Plaintiff John Michael Hogan dba U-Sell U-Save Real Estate (hereinafter referred to as "Plaintiff") in the action referenced above.  I make this declaration as signatory in the filing of the attached Stipulation of Dismissal (the "Stipulation").

2.      Concurrent with the filing of the attached Stipulation, I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed this ____th day of January, 2007, at Cupertino, California.


                                                        _____
                                                        George Grellas, Esq.